SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

AMERICAN AIRLINES INC; and DOES 1 TO 50, inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

AMALIA CUEVAS

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

Electronically FILED by
Superior Court of California,
County of Los Angeles
8/03/2023 11:46 AM
David W. Slayton,
Executive Officer/Clerk of Court,
By M. Horan, Deputy Clerk

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):* Los Angeles Superior Court
111 N. Hill Street, Los Angeles, CA 90012

CASE NUMBER:
*(Número del Caso):*
23TRCV02539

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Ryan J. Daneshrad, Esq., 1880 Century Park E, Suite 1101 Los Angeles, CA 90067. Tel: (310) 893-0553

DATE: 08/03/2023          David W. Slayton, Executive Officer/Clerk of Court          Clerk, by  M. Horan  , Deputy
*(Fecha)*                                                                              *(Secretario)*              *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify)*:

3. ☒ on behalf of *(specify)*: American Airlines, Inc.

   under: ☒ CCP 416.10 (corporation)         ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify)*:
4. ☐ by personal delivery on *(date)*:

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
*www.courtinfo.ca.gov*

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* <br> Ryan J. Daneshrad (SBN 309643); Shantel Yaghoobian (SBN 331205) <br> LA CENTURY LAW <br> 1880 Century Park East, Suite 1101 <br> Los Angeles, CA 90067 <br> TELEPHONE NO: (310) 893-0553    FAX NO. *(Optional):* (310) 893-0554 <br> E-MAIL ADDRESS *(Optional):* ryan@lacenturylaw.com <br> ATTORNEY FOR *(Name):* Plaintiff | FOR COURT USE ONLY <br><br> **Electronically FILED by Superior Court of California, County of Los Angeles 8/03/2023 11:46 AM David W. Slayton, Executive Officer/Clerk of Court, By M. Horan, Deputy Clerk** |
|---|---|

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
  STREET ADDRESS: 111 N. Hill Street
  MAILING ADDRESS: 111 N. Hill Street
  CITY AND ZIP CODE: Los Angeles, CA 90012
  BRANCH NAME: Central District - Stanley Mosk Courthouse

PLAINTIFF: AMALIA CUEVAS

DEFENDANT: AMERICAN AIRLINES, INC
       and DOES 1 TO 50, inclusive

☐ DOES 1 TO _____ ,

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
  ☐ **AMENDED** *(Number):*
Type *(check all that apply):*
  ☐ MOTOR VEHICLE   ☑ OTHER *(specify):* General Negligence
  ☐ Property Damage   ☐ Wrongful Death
  ☑ Personal Injury   ☑ Other Damages *(specify):* Proven at trial

Jurisdiction *(check all that apply):*
  ☐ **ACTION IS A LIMITED CIVIL CASE**
    Amount demanded  ☐ does not exceed $10,000
              ☐ exceeds $10,000, but does not exceed $25,000
  ☑ **ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)**
  ☐ **ACTION IS RECLASSIFIED** by this amended complaint
      ☐ from limited to unlimited
      ☐ from unlimited to limited

CASE NUMBER: 23TRCV02539

1. **Plaintiff** *(name or names):* AMALIA CUEVAS
   alleges causes of action against **defendant** *(name or names):*
   AMERICAN AIRLINES, INC and DOES 1 to 50, inclusive
2. This pleading, including attachments and exhibits, consists of the following number of pages: 5
3. Each plaintiff named above is a competent adult
   a. ☐ except plaintiff *(name):*
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity *(describe):*
      (3) ☐ a public entity *(describe):*
      (4) ☐ a minor ☐ an adult
          (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
          (b) ☐ other *(specify):*
      (5) ☐ other *(specify):*
   b. ☐ except plaintiff *(name):*
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity *(describe):*
      (3) ☐ a public entity *(describe):*
      (4) ☐ a minor ☐ an adult
          (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
          (b) ☐ other *(specify):*
      (5) ☐ other *(specify):*

☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

| Form Approved for Optional Use <br> Judicial Council of California <br> PLD-PI-001 [Rev. January 1, 2007] | **COMPLAINT—Personal Injury, Property Damage, Wrongful Death** | Code of Civil Procedure, § 425.12 <br> www.courtinfo.ca.gov |
|---|---|---|

PLD-PI-001

| SHORT TITLE: CUEVAS v. AMERICAN AIRLINES INC, et al. | CASE NUMBER: |
|---|---|

4. ☐ Plaintiff *(name):*
   is doing business under the fictitious name *(specify):*

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☑ **except** defendant *(name):* American Airlines, Inc
      (1) ☐ a business organization, form unknown
      (2) ☑ a corporation
      (3) ☐ an unincorporated entity *(describe):*
      (4) ☐ a public entity *(describe):*
      (5) ☐ other *(specify):*

   c. ☐ **except** defendant *(name):*
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*
      (4) ☐ a public entity *(describe):*
      (5) ☐ other *(specify):*

   b. ☐ **except** defendant *(name):*
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*
      (4) ☐ a public entity *(describe):*
      (5) ☐ other *(specify):*

   d. ☐ **except** defendant *(name):*
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*
      (4) ☐ a public entity *(describe):*
      (5) ☐ other *(specify):*

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☑ Doe defendants *(specify Doe numbers):* 1 to 50 _____ were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☑ Doe defendants *(specify Doe numbers):* 1 to 50 _____ are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☑ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other *(specify):*

9. ☐ Plaintiff is required to comply with a claims statute, **and**
   a. ☐ has complied with applicable claims statutes, **or**
   b. ☐ is excused from complying because *(specify):*

PLD-PI-001

| SHORT TITLE: CUEVAS v. AMERICAN AIRLINES INC, et al. | CASE NUMBER: |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
    a. ☐ Motor Vehicle
    b. ☑ General Negligence
    c. ☐ Intentional Tort
    d. ☐ Products Liability
    e. ☑ Premises Liability
    f. ☐ Other *(specify):*

11. Plaintiff has suffered
    a. ☑ wage loss
    b. ☐ loss of use of property
    c. ☑ hospital and medical expenses
    d. ☑ general damage
    e. ☐ property damage
    f. ☑ loss of earning capacity
    g. ☑ other damage *(specify):*

    All economic and non-economic damages recoverable under law, and such other relief that the Court deems just and proper.

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
    a. ☐ listed in Attachment 12.
    b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.
    Plaintiff's damages and demand for relief exceeds $25,000.00

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. (1) ☑ compensatory damages
       (2) ☐ punitive damages
       The amount of damages is *(in cases for personal injury or wrongful death, you must check (1))*:
       (1) ☑ according to proof
       (2) ☐ in the amount of: $

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*

Date: August 1, 2023

Shantel Yaghoobian, Esq.
(TYPE OR PRINT NAME)

▶ *Shantel Yaghoobian*
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001 [Rev. January 1, 2007]   **COMPLAINT—Personal Injury, Property Damage, Wrongful Death**   Page 3 of 3

PLD-PI-001(4)

| SHORT TITLE: CUEVAS v. AMERICAN AIRLINES, INC., et al. | CASE NUMBER: |
|---|---|

FIRST **CAUSE OF ACTION—Premises Liability**     Page ___4___
_(number)_

ATTACHMENT TO ☑ Complaint  ☐ Cross - Complaint
*(Use a separate cause of action form for each cause of action.)*

Prem.L-1. Plaintiff *(name):* AMALIA CUEVAS
alleges the acts of defendants were the legal (proximate) cause of damages to plaintiff.
On *(date):* August 22, 2021   plaintiff was injured on the following premises in the following fashion *(description of premises and circumstances of injury):*

On August 22, 2021, Plaintiff AMALIA CUEVAS ("Plaintiff") was boarding a commercial aircraft at LAX Airport located at or about 425-523 World Way, Los Angeles, CA 90045 (the "Premises"). While Plaintiff was attempted to board the flight, a flight attendant who was in front of Plaintiff, attempted to adjust overhead luggage. The luggage, however fell out of the overhead compartments and onto Plaintiff's head, neck, and shoulders.

Prem.L-2.  ☑ **Count One—Negligence** The defendants who negligently owned, maintained, managed and operated the described premises were *(names):*
AMERICAN AIRLINES, INC

☑ Does 1 to 50

Prem.L-3.  ☑ **Count Two—Willful Failure to Warn** [Civil Code section 846] The defendant owners who willfully or maliciously failed to guard or warn against a dangerous condition, use, structure, or activity were *(names):*
AMERICAN AIRLINES, INC

☑ Does 1 to 50

Plaintiff, a recreational user, was ☐ an invited guest ☐ a paying guest.

Prem.L-4.  ☑ **Count Three—Dangerous Condition of Public Property** The defendants who owned public property on which a dangerous condition existed were *(names):*
AMERICAN AIRLINES, INC

☑ Does 1 to 50

a. ☐ The defendant public entity had ☐ actual ☐ constructive notice of the existence of the dangerous condition in sufficient time prior to the injury to have corrected it.
b. ☐ The condition was created by employees of the defendant public entity.

Prem.L-5. a. ☑ **Allegations about Other Defendants** The defendants who were the agents and employees of the other defendants and acted within the scope of the agency were *(names):*
AMERICAN AIRLINES, INC.

☑ Does 1 to 50

b. ☐ The defendants who are liable to plaintiffs for other reasons and the reasons for their liability are
☐ described in attachment Prem.L-5.b ☐ as follows *(names):*

Page 1 of 1
Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(4) [Rev. January 1, 2007]

**CAUSE OF ACTION—Premises Liability**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

PLD-PI-001(2)

| SHORT TITLE:<br>CUEVAS v. AMERICAN AIRLINES INC., et al. | CASE NUMBER: |
|---|---|

FIRST _____ **CAUSE OF ACTION—General Negligence**    Page ___4___
    (number)

ATTACHMENT TO  [✓] Complaint   [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name):* AMALIA CUEVAS

alleges that defendant *(name):* AMERICAN AIRLINES, INC.

[✓] Does  1  to  50, inclusive

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff
on *(date):* August 22, 2021
at *(place):* On a commercial aircraft located at 425-523 World Way, Los Angeles, CA 90045

*(description of reasons for liability):*

PLAINTIFF AMALIA CUEVAS ("PLAINTIFF") was on the premises of an American Airlines aircraft located at 425-523 World Way, Los Angeles, CA 90045. At all times relevant hereto, DEFENDANTS AMERICAN AIRLINES, INC, and DOES 1 to 50, inclusive (collectively, the "DEFENDANTS") were the owners of the premises herein. At all relevant times relevant hereto, DEFENDANTS had and maintained control of the premises, including the location where the subject incident occurred. As such, DEFENDANTS, and each of them, owed a duty to all persons, including PLAINTIFF, to exercise reasonable care over such property, to keep the property in a reasonably safe condition, to provide a safe place for such persons to walk and to warn of any dangers, which were not obvious, and which DEFENDANTS, and each of them, knew or should have known about. At such time and place, DEFENDANTS, and each of them, knew or should have known about the dangerous condition concerning the premises, that was not obvious to persons being thereat, including PLAINTIFF.

At such time and place, DEFENDANTS, and each of them, so negligently owned, occupied, operated, controlled, managed, oversaw, inspected, constructed, warned about and/or failed to warn about such property, so as to cause and/or allow such dangerous condition to exist, without warning or adequately warning to any persons about it, including PLAINTIFF. As a proximate result of the negligence of DEFENDANTS, and each of them, PLAINTIFF was hurt and injured in her health, strength, and activity, sustaining injury to her nervous system and person, all of which caused and continues to cause PLAINTIFF great mental and physical pain and suffering. PLAINTIFF is informed and believes, and thereon alleges, that her injuries will result in permanent disability, all of her general damage, which amount is excess of the jurisdictional limits of this Court.

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

**CAUSE OF ACTION—General Negligence**

Code of Civil Procedure 425.12
www.courtinfo.ca.gov